UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHANIEL HARRIS-SAWYER,<br>    Plaintiff, | :<br>:<br>: |
| v. | :     No. 5:18-cv-04682 |
| PRRC, INC., *doing business as*<br>*PRICE RITE OF ALLENTOWN*,<br>    Defendant. | :<br>:<br>:<br>: |

# **O R D E R**

**AND NOW,** this 1st day of November, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

**Within 21 days of the date of this Order**, Plaintiff SHALL file an amended complaint establishing that this Court has subject matter jurisdiction, or the action will be dismissed without further notice.

                                              BY THE COURT:

                                              */s/ Joseph F. Leeson, Jr.*_____
                                              JOSEPH F. LEESON, JR.
                                              United States District Judge